**UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS**

**UNITED STATES**

**v.**

**Jeffery S. McCOY**
**Health Services Technician Third Class (E-4), U.S. Coast Guard**

**CGCMSP 24922**
**Docket No. 1413**

**25 August 2016**

Special Court-Martial convened by Commanding Officer, Coast Guard Base Seattle.  Tried at Seattle, Washington, on 16 September 2014.

| | |
|---|---|
| Military Judge: | LCDR Benedict S. Gullo, USCG |
| Trial Counsel: | LT Rebecca B. Shults, USCG |
| Assistant Trial Counsel: | LT Emily C. Miletello, USCGR |
| Defense Counsel: | LT Teresa Z. Ohley, USCGR |
| Appellate Defense Counsel: | LT Philip A. Jones, USCGR |
| Appellate Government Counsel: | LT Lars T. Okmark, USCGR |

**BEFORE**
**McCLELLAND, CLEMENS & SPOLIDORO[1]**
Appellate Military Judges

Per curiam:

Appellant was tried by special court-martial, military judge alone.  Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was convicted of two specifications of assault and battery, in violation of Article 128, Uniform Code of Military Justice (UCMJ).  The military judge sentenced Appellant to confinement for eight months, reduction to E-1, and a bad-conduct discharge.  The Convening Authority approved the sentence. The pretrial agreement did not affect the sentence.

---

[1]  Judge Spolidoro did not participate in this decision.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

**Decision**

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, the findings and sentence are determined to be correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,

Sarah P. Valdes
Clerk of the Court